**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **ELIZABETH WILLIAMS ON BEHALF OF D.W., CELESTE BROWN ON BEHALF OF T.A.; LOUSIA SAVAGE ON BEHALF OF X. N.; TALESHA YOUNG ON BEHALF OF A.B.; CRAIG JACKSON ON BEHALF OF R.J.,** § § § § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. 5:17-cv-00089-RWS |
| v. § § | |
| **RODNEY TRUCKING, INC.** § § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PERSONS (CORRECTED)
### (This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1, Defendant Rooney Trucking, Inc. ("Rooney") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Defendant, Rooney Trucking, Inc., is a Missouri corporation with its principal place of business in Polo, Missouri.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

| | |
|---|---|
| Elizabeth Williams on behalf of D.W. | Plaintiff |

Nuru L. Witherspoon  
State Bar No. 24039244  
Clara H. Saafir  
State Bar No. 24037414  
Erica Hughes  
State Bar No. 24049820  
THE WITHERSPOON LAW GROUP, PLLC  
605 S. Broadway  
Tyler, Texas 75701  
Telephone:  (214) 773-1133  
Facsimile:   (972) 696-9982  
Email:  witherspoon@twlglawyers.com  
            saafir@twlglawyers.com  
            wricahughes@hotmail.com  
            aguilar@twlglayers.com

Plaintiff's Counsel

| | |
|---|---|
| Celeste Brown on behalf of T.A. | Plaintiff |

Nuru L. Witherspoon  
State Bar No. 24039244  
Clara H. Saafir  
State Bar No. 24037414  
Erica Hughes  
State Bar No. 24049820  
THE WITHERSPOON LAW GROUP, PLLC  
605 S. Broadway  
Tyler, Texas 75701  
Telephone:  (214) 773-1133  
Facsimile:   (972) 696-9982  
Email:  witherspoon@twlglawyers.com  
            saafir@twlglawyers.com  
            wricahughes@hotmail.com  
            aguilar@twlglayers.com

Plaintiff's Counsel

**CERTIFICATE OF INTERESTED PERSONS (CORRECTED) - PAGE 2**

| | |
|---|---|
| Lousia Savage on behalf of X.N. | Plaintiff |

Nuru L. Witherspoon                                Plaintiff's Counsel
State Bar No. 24039244
Clara H. Saafir
State Bar No. 24037414
Erica Hughes
State Bar No. 24049820
THE WITHERSPOON LAW GROUP, PLLC
605 S. Broadway
Tyler, Texas 75701
Telephone:  (214) 773-1133
Facsimile:    (972) 696-9982
Email:  witherspoon@twlglawyers.com
            saafir@twlglawyers.com
            wricahughes@hotmail.com
            aguilar@twlglayers.com

| | |
|---|---|
| Talesha Young on behalf of A.B. | Plaintiff |

Nuru L. Witherspoon                                Plaintiff's Counsel
State Bar No. 24039244
Clara H. Saafir
State Bar No. 24037414
Erica Hughes
State Bar No. 24049820
THE WITHERSPOON LAW GROUP, PLLC
605 S. Broadway
Tyler, Texas 75701
Telephone:  (214) 773-1133
Facsimile:    (972) 696-9982
Email:  witherspoon@twlglawyers.com
            saafir@twlglawyers.com
            wricahughes@hotmail.com
            aguilar@twlglayers.com

| | |
|---|---|
| Craig Jackson on behalf of R.J. | Plaintiff |
| Nuru L. Witherspoon<br>State Bar No. 24039244<br>Clara H. Saafir<br>State Bar No. 24037414<br>Erica Hughes<br>State Bar No. 24049820<br>THE WITHERSPOON LAW GROUP, PLLC<br>605 S. Broadway<br>Tyler, Texas 75701<br>Telephone:  (214) 773-1133<br>Facsimile:    (972) 696-9982<br>Email:  witherspoon@twlglawyers.com<br>          saafir@twlglawyers.com<br>          wricahughes@hotmail.com<br>          aguilar@twlglayers.com | Plaintiff's Counsel |
| Rooney Trucking, Inc. | Defendant |
| Daniel P. Buechler<br>State Bar No. 24047756<br>Alexander G. Blue<br>State Bar No. 24008993<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201<br>Telephone:  (214) 871-8200<br>Facsimile:    (214) 871-8209<br>Email:  dbuechler@thompsoncoe.com<br>          ablue@thompsoncoe.com | Defendant's Counsel |

**CERTIFICATE OF INTERESTED PERSONS (CORRECTED) - PAGE 4**

Respectfully submitted,

*/s/ Daniel P. Buechler*
Daniel P. Buechler
State Bar No. 24047756
Alexander G. Blue
State Bar No. 24008993
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  dbuechler@thompsoncoe.com
ablue@thompsoncoe.com

**ATTORNEY FOR DEFENDANT,
ROONEY TRUCKING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I served the following document on counsel via electronic notice and/or certified mail, return receipt requested:

Nuru L. Witherspoon
Clara H. Saafir
Erica Hughes
THE WITHERSPOON LAW GROUP, PLLC
605 S. Broadway
Tyler, Texas 75701
Email:  witherspoon@twlglawyers.com
saafir@twlglawyers.com
ericahughes@thotmail.com
aguilar@twlglawyers.com
*Attorneys for Plaintiff*

 */s/Daniel P. Buechler*
Daniel P. Buechler