# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| DIONDRAE WILLIAMS, et al., <br><br> Plaintiffs, <br> v. <br> ROONEY TRUCKING, INC., <br><br> Defendant. | § § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00089-RWS <br><br> LEAD CASE |
| ALMA DELIA ATRIZCO-ALVARAEZ A/N/F OF MINOR, F.M <br><br> Plaintiff, <br> v. <br> ROONEY TRUCKING, INC. et al., <br><br> Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00114-RWS |
| ACUITY, A MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br> v. <br> CELESTE BROWN, AS NEXT FRIEND OF MINOR CHILD T.A., et al., <br><br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00117-RWS |
| CARL VAN BOWEN, CHARLA BOWEN, <br><br> Plaintiffs, <br> v. <br> ROONEY TRUCKING, <br><br> Defendant. | § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00118-RWS |

## **ORDER**

The Court, having considered the Defendant's Agreed Motion to Consolidate (Docket No. 9 in Case No. 5:17-cv-89), any responses thereto, and the agreement of the parties in each separate suit to the relief requested finds that the motion should be **GRANTED**. It is therefore

**ORDERED** that Civil Action No. 5:17-cv-00114; 5:17-cv-00117; and 5:17-cv-00118, currently pending in the United States District Court for the Eastern District of Texas, Texarkana Division, are hereby consolidated with and into this suit for all purposes.

The earliest removed civil action (5:17-cv-89) shall serve as the lead case.  The Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead and local counsel only.  Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case.  Additionally, all pending motions will be considered as filed and without any prejudice due to consolidation (responsive briefs should be filed in the same case as the pending motion).  All future filings shall be filed in the lead case.

To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice in the event that there are other related cases currently pending on the Court's docket or any future cases filed or removed from state court that may also be appropriate for consolidation with the lead case.

**SIGNED** this 14th day of June, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE