IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **DIONDRE WILLIAMS, ET AL.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO.** |
| | § | **5:17-CV-00089-RWS** |
| **ROONEY TRUCKING, INC., ET AL.,** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION OF THE SPECIAL MASTER

**TO THE UNITED STATES DISTRICT JUDGE:**

**NOW COME**, Plaintiffs, Diondre Williams, Xzavion Neal, Ashton Brown, Kyron Saunders, Tyson Harper, Celeste Brown on behalf of T.A., a Minor Child, Ian Williams and Craig Jackson on behalf of R.J., a Minor Child, by and through their attorney of record, and file this their Objection to the Report and Recommendation of the Special Master, and in support thereof, would show unto the Court as follows:

1. On April 2, 2018, Special Master, John Robert Mercy, made a Report and Recommendation to the Court regarding the disbursement of interpleader settlement funds that were deposited into the Court by Acuity Insurance, the insurance carrier for Defendant, Rooney Trucking, Inc. which stemmed from an accident which occurred on March 23, 2017.

2. In the Report and Recommendation of the Special Master, none of the Plaintiffs were considered as part of the disbursements of the funds.

3. Plaintiffs were served as claimants in Acuity's Original Complaint in Interpleader. In his review, the Special Master failed to review the Interpleader Complaint for accuracy of the Claimants listed to be considered in the disbursement process.

4. The Court ordered that a Claim Information Sheet be submitted to the Special Master by either email of to be placed on a CD and mailed to the Special Master. Plaintiffs submitted the Claim Information Sheet and supporting documents, but were still not considered by the Special Master in his Report and Recommendation.

5. Plaintiffs were minors at the time of the accident, were transported to the hospital for their injuries, and as a result of the accident, were all seen by a psychologist because of the trauma of the accident and Plaintiffs should be considered in the disbursement process.

6. Plaintiffs request this Honorable Court to have the Special Master re-evaluate all claims and provide disbursement for the Plaintiffs.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that the Court order the Report and Recommendation of the Special Master be re-evaluated to include and consider Plaintiffs' claims in the disbursement of the funds, and for such other and further relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

__/s/ Nuru Witherspoon_____
Nuru L. Witherspoon
Texas Bar No. 24039244
1717 McKinney Avenue, Suite 700
Dallas, TX 75202
Telephone: (214) 773-1133
Facsimile: (972) 696-9982
Email: witherspoon@twlglawyers.com

**ATTORNEY FOR PLAINTIFFS
Diondre Williams, Xzavion Neal, Ashton Brown, Kyron Saunders, Tyson Harper, Celeste Brown on Behalf of T.A., A Minor Child, Ian Williams And Craig Jackson on Behalf of R.J., A Minor Child**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2018, I served the foregoing document on Counsel via electronic notice:

Daniel Paul Buechler
Alexander G. Blue
Thompson, Coe, Cousins & Irons, LLP
700 North Pearl Street, 25th Floor
Dallas, TX 75201
**Attorneys for Defendant**
**Rooney Trucking, Inc.**

James Hamilton Moody, III
Timothy Donald Smith
Quilling, Selander, Lownds, Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201
**Attorneys for Plaintiff**
**Acuity, a Mutual Insurance Company**

M. Mark Lesher
Lesher & McCoy
126 W. 2nd Street
Mt. Pleasant, TX 75455
**Attorney for Plaintiffs**
**Alma Delia Artrizco-Alvarez, et al.**

John Hawley Holman
Law Office of Hawley Holman
1905 Mall Drive
P.O. Box 5367
Texarkana, TX 75503
**Attorney for Plaintiffs**
**Anterius Beard, et al.**

Amy Ray Miller
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, TX 75638
**Attorney For Plaintiffs**
**Leachia Craft a/n/f of Minor D.C., et al.**

                                                                             __/s/_Nuru Witherspoon____
                                                                              Nuru Witherspoon