IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DIONDRAE WILLIAMS, et al, | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO.  5:17-CV-00089-RWS |
| | § | |
| v. | § | |
| | § | |
| ROONEY TRUCKING, INC., et al, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs' Objection to Report and Recommendation of the Special Master, filed on behalf of Diondre Williams, Xzavion Neal, Ashton Brown, Kyron Saunders, Tyson Harper, Celeste Brown on behalf of T.A., a Minor Child, Ian Williams, and Craig Jackson on behalf of R.J., a Minor Child.  Docket No. 155.

Pursuant to the Order Appointing Special Master (Docket No. 110), the Special Master set forth certain procedures governing consideration of claims submitted for review and recommendation by the Special Master, including a deadline of February 15, 2018 for providing a completed copy of a Claim Information Sheet and associated supporting documents.  Docket 113.  The Special Master issued his Report and Recommendation on April 2, 2018.  Docket No. 155.  By April 23, 2018, the parties were to accept, reject or object to the Special Master's recommendation.  Docket No. 110, p. 4.

In their objection, Plaintiffs assert that they "submitted the Claim Information Sheet and supporting documents, but were still not considered by the Special Master in his Report and Recommendation."  Docket No. 155, p. 2.

Within seven (7) days of the date of this Order, counsel for Plaintiffs shall:

1) submit any evidence, by affidavit or otherwise, demonstrating that Plaintiffs submitted the Claim Information Sheet and supporting documents by the February 15, 2018 deadline;

2) submit any evidence, by affidavit or otherwise, demonstrating that Plaintiffs timely objected to the Special Master's Report and Recommendation by the April 23, 2018 deadline; and

3) in the event Plaintiffs did not timely object by the April 23, 2018 deadline, Plaintiffs' counsel shall explain why it waited until July 6, 2018 to notify the Court of its objection to the Special Master's Report and Recommendation.

**IT IS SO ORDERED.**

**SIGNED this 9th day of July, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE