**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **WILLIAMS, et al,** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 5:17-cv-00089-RWS | |
| § | 5:17-cv-00117-RWS | |
| **ROONEY TRUCKING, INC.,** § | (Consolidated Cases) | |
| § | | |
| Defendant. § | | |

___

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**
___

On this day came to be considered the Agreed Motion for Dismissal with Prejudice of Interpleader Mount Pleasant Independent School District ("MPISD") and Defendant Rooney Trucking, Inc. ("Rooney"). The Court, having reviewed the pleadings in this matter, and being advised that the parties have reached a compromise agreement in settlement of this dispute, is of the opinion and finds that the Agreed Motion for Dismissal with Prejudice is well taken and should be **GRANTED.** It is therefore

**ORDERED** that the present action by Interpleader MPISD is **DISMISSED WITH PREJUDICE** as to the refiling of same. All costs are to be taxed against the party incurring same.

**So ORDERED and SIGNED this 18th day of June, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

APPROVED:

Downs Stanford, P.C.

/s/ Timothy U. Stanford
Timothy U. Stanford
Texas State Bar No. 19041030
tstanford@downsstanford.com
2001 Bryan Street, Suite 4000
Dallas, Texas  75201
(214) 748-7900 – Telephone
(214) 748-4530 – Facsimile
**ATTORNEYS FOR INTERPLEADER MOUNT PLEASANT INDEPENDENT SCHOOL DISTRICT**


Thompson, Coe, Cousins & Irons, LLP

/s/ Daniel P. Buechler (by permission)
Daniel P. Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
(214) 871-8200 – Telephone
(214) 871-8209 – Facsimile
**ATTORNEYS FOR DEFENDANT ROONEY TRUCKING, INC.**