IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **Williams, et al.**<br>       Plaintiffs,<br><br>v.<br><br>**Rooney Trucking, Inc.**<br>       Defendant. | § § § § § § § § | **Civil Action No. 5:17-cv-00089**<br>**Jury Demanded** |

*consolidated with*

| | | |
|---|---|---|
| **Acuity, a Mutual Insurance Company,**<br>       Plaintiff,<br><br>v.<br><br>**Celeste Brown, as Next Friend of minor child, T.A., et al.**<br>       Defendants. | § § § § § § § § § § | **Civil Action No. 5:17-cv-00117** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Agreed Motion for Dismissal with Prejudice of Fructuoso Martinez as Next Friend of Minor, C.C., Rooney Trucking, Inc., and the Estate of Bradley Fanner ("Farmer"). Docket No. 239. The Court, having reviewed the pleadings in this matter, and being advised that the parties have reached a compromise agreement in settlement of this dispute, is of the opinion and finds that the Agreed Motion for Dismissal with Prejudice is well taken and should be **GRANTED.** It is therefore

**ORDERED** that the present action by Fructuoso Martinez as Next Friend of Minor, C.C. is **DISMISSED WITH PREJUDICE** to refiling of the same.

All costs are to be taxed against the party incurring same.

**So ORDERED and SIGNED this 15th day of July, 2019.**

*Robert W. Schroeder III* (signature)
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE