**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **Williams, et al.** § | | |
|     **Plaintiffs,** § | | |
| § | | |
| **v.** § | | |
| § | **Civil Action No. 5:17-cv-00089** | |
| **Rooney Trucking, Inc.** § | **Jury Demanded** | |
|     **Defendant.** § | | |
| § | | |

*consolidated with*

| | | |
|---|---|---|
| **Acuity, a Mutual Insurance Company,** § | | |
|     **Plaintiff,** § | | |
| § | | |
| **v.** § | | |
| § | **Civil Action No. 5:17-cv-00117** | |
| **Celeste Brown, as Next Friend of minor child,** § | | |
| **T.A., et al.** § | | |
|     **Defendants.** § | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Agreed Motion for Dismissal with Prejudice of Reginald Brinkley, Sr. as Next Friend of Minor, R.B., Rooney Trucking, Inc., and the Estate of Bradley Farmer. Docket No. 251. The Court, having reviewed the pleadings in this matter, and being advised that the parties have reached a compromise agreement in settlement of this dispute, is of the opinion and finds that the Agreed Motion for Dismissal with Prejudice is well taken and should be **GRANTED**. It is therefore

**ORDERED** that the present action by Reginald Brinkley, Sr. as Next Friend of Minor, R.B. is **DISMISSED WITH PREJUDICE** to refiling of the same.

All costs are to be taxed against the party incurring same.

**So ORDERED and SIGNED this 2nd day of August, 2019.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE