IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DIONDRAE WILLIAMS, et al, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:17-CV-00089-RWS |
| v. | § § | |
| ROONEY TRUCKING, INC., et al; | § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:17-CV-00117-RWS |
| v. | § § § | |
| CELESTE BROWN, AS NEXT FRIEND OF MINOR CHILD T.A., et al., | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Motion to Dismiss and Brief in Support of Rooney Trucking, Inc. Docket No. 244. The Court, having reviewed the pleadings in this matter, and noting that these potential claims have not filed an answer or claim in this action, finds that the Motion to Dismiss is well taken and should be **GRANTED**. It is therefore

**ORDERED** that following potential claimants are **DISMISSED WITH PREJUDICE** to refiling of the same: (1) Eunice Ramirez as Next Friend of Minor Child B.R.; (2) Tydarious Brooks; (3) Emilia Osorio as Next Friend of Minor Child J.S.; (4) Esthela Escobar as Next Friend of Minor Child H.E.; (5) Joenetha Heath; (6) Jose Alvarez as Next

Friend of Minor Child C.M.; (7) Virginia Landaverde as Next Friend to Minor Child D.L.; (8) David Bagley; and (9) Roderick Sneed.

All costs are to be taxed against the party incurring same.

**So ORDERED and SIGNED this 21st day of August, 2019.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE