**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| DIONDRAE WILLIAMS, CELESTE BROWN, ON BEHALF OF MINOR T.A.; XZAVION NEAL, ASHTON BROWN, CRAIG JACKSON, ON BEHALF OF MINOR R.J.; KYRON SAUNDERS, TYSON HARPER, IAN WILLIAMS, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:17-CV-00089-RWS |
| Plaintiffs, | | |
| v. | | |
| ROONEY TRUCKING, INC., | | |
| Defendant. | | |

## ORDER

On August 16, 2019, the Court set a scheduling conference in this matter. Docket No. 254. In the Court's order, it explained that it may enter the parties' proposed orders and cancel the scheduling conference. *Id.* Based on the parties' submissions, the Court finds that a scheduling conference is unnecessary in this case. The scheduling conference is hereby **CANCELLED**.

**IT IS SO ORDERED**.

**SIGNED this 17th day of September, 2019.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE